IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of IMMUNOSYN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ARGYLL BIOTECHNOLOGIES, LLC, CUXHAVEN HOLDINGS LTD., CLAIRSVELLE HOLDINGS, LTD., ARGYLL EQUITIES, LLC, DOUGLAS MCCLAIN, JR., JAMES T. MICELI, JOHN DOES 1 THROUGH 30 and IMMUNOSYN CORPORATION,<br>    Defendants. | Civil Action No. 07 cv 11395<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Leon S. Segen (a private, non-governmental party) certifies that the foregoing plaintiff has <u>no</u> corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: December 19, 2007

                BRAGAR WEXLER & EAGEL, P.C.

                By: _____
                  Paul D. Wexler ( PDW9340 )

                885 Third Avenue
                New York, New York 10022
                (212) 308-5858

                OSTRAGER CHONG FLAHERTY
                 & BROITMAN P.C.
                570 Lexington Avenue
                New York, New York 10022-6894

                Attorneys for Plaintiff