NM

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

---------------------------------- x
LEON S. SEGEN, derivatively on behalf of :
IMMUNOSYN CORPORATION, :
:
Plaintiff, :
:
-against- : Civil Action No. 07-11395 (TPG)
:
ARGYLL BIOTECHNOLOGIES, LLC, : STIPULATION
CUXHAVEN HOLDINGS, LTD, ARGYLL :
EQUITIES, LLC, DOUGLAS MCCLAIN, JR., :
JAMES T. MICELI, JOHN DOES 1 THROUGH :
30 and IMMUNOSYN CORPORATION, :
:
Defendants. :
---------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for parties to this action that:

Defendants shall be deemed to have accepted service of plaintiff's Complaint in this

action on March 12, 2008, and, therefore, Defendants shall answer or otherwise respond to the

Complaint on or before April 1, 2008.

Dated: February 20, 2008

BRAGAR WEXLER & EAGEL, P.C.

By: _____
Paul Wexler
885 Third Avenue
New York, New York 10022
(212) 308-5858
Attorneys for Plaintiff

THELEN REID BROWN RAYSMAN
& STEINER LLP

By: _____
Barry G. Felder
Catherine McGrath
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Defendants

SO ORDERED:
_____
Hon. Thomas P. Griesa, USDJ

2/26/08

NY #1240768 v1