Barry G. Felder
Catherine M. McGrath
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Defendants Argyll Biotechnologies, LLC, Argyll Equities, LLC,
Cuxhaven Holdings, Ltd., Clairsvelle Holdings, Ltd., James T. Miceli
and Douglas McClain, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
LEON S. SEGEN, derivatively on behalf of :
IMMUNOSYN CORPORATION,                    :
                                          :
                        Plaintiff,        :
                                          :    Civil Action No. 07-11395 (TPG)
            -against-                     :
                                          :
ARGYLL BIOTECHNOLOGIES, LLC,              :    **CORPORATE DISCLOSURE**
CUXHAVEN HOLDINGS, LTD., CLAIRSVELLE      :    **STATEMENT PURSUANT**
HOLDINGS, LTD., ARGYLL EQUITIES, LLC,     :    **TO FED. R. CIV. P. 7.1**
DOUGLAS MCCLAIN, JR., JAMES T. MICELI,    :
JOHN DOES 1 THROUGH 30 and IMMUNOSYN      :
CORPORATION,                              :
                        Defendants.       :
                                          :
------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Argyll Biotechnologies, LLC, Argyll Equities, LLC, Cuxhaven Holdings, Ltd. and Clairsvelle Holdings, Ltd. (collectively, "Defendants"), all of which are private non-governmental parties, certifies that:

  (i)  Defendants have no parent corporations; and

  (ii)  no publicly held corporation owns 10% or more of Defendants' stock.

Dated: April 1, 2008

THELEN REID BROWN RAYSMAN
& STEINER LLP


By: s/ Barry G. Felder
    Barry G. Felder
    Catherine M. McGrath
875 Third Avenue
New York, New York 10022
(212) 603-2000
*Attorneys for Defendants Argyll Biotechnologies, LLC, Argyll Equities, LLC, Cuxhaven Holdings, Ltd., Clairsvelle Holdings, Ltd., James T. Miceli and Douglas McClain, Jr.*

NY #1242256 v1