Barry G. Felder
Catherine M. McGrath
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Nominal Defendant Immunosyn Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
LEON S. SEGEN, derivatively on behalf of        :
IMMUNOSYN CORPORATION,                          :
                                                :
                                                :
                Plaintiff,                      :
                                                :   Civil Action No. 07-11395 (TPG)
        -against-                               :
                                                :
ARGYLL BIOTECHNOLOGIES, LLC,                    :
CUXHAVEN HOLDINGS, LTD., CLAIRSVELLE            :   **NOTICE OF APPEARANCE**
HOLDINGS, LTD., ARGYLL EQUITIES, LLC,           :
DOUGLAS MCCLAIN, JR., JAMES T. MICELI,          :
JOHN DOES 1 THROUGH 30 and IMMUNOSYN            :
CORPORATION,                                    :
                Defendants.                     :
                                                :
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Thelen Reid Brown Raysman & Steiner LLP hereby

appears for nominal defendant Immunosyn Corporation in the above entitled action and demands

that all notices and papers herein be served at the address given below.

Dated: April 1, 2008                    THELEN REID BROWN RAYSMAN
                                        & STEINER LLP


                                        By: s/ *Barry G. Felder*
                                            Barry G. Felder
                                            Catherine M. McGrath
                                            875 Third Avenue
                                            New York, New York 10022
                                            (212) 603-2000
                                            *Attorneys for Nominal Defendant Immunosyn*
                                            *Corporation*

NY #1255018 v1