Barry G. Felder
Catherine M. McGrath
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Nominal Defendant Immunosyn Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

LEON S. SEGEN, derivatively on behalf of
IMMUNOSYN CORPORATION,

          Plaintiff,

          -against-

ARGYLL BIOTECHNOLOGIES, LLC, CUXHAVEN
HOLDINGS, LTD., CLAIRSVELLE HOLDINGS,
LTD., ARGYLL EQUITIES, LLC, DOUGLAS
MCCLAIN, JR., JAMES T. MICELI, JOHN DOES 1
THROUGH 30 and IMMUNOSYN CORPORATION,
          Defendants.

Civil Action No. 07-11395 (TPG)

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

---------------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for nominal defendant Immunosyn Corporation ("Immunosyn"), a private non-governmental party, certifies that Immunosyn has no parent corporations and that no publicly held corporation owns 10% or more of Immunosyn's stock.

Dated: April 1, 2008

        THELEN REID BROWN RAYSMAN
        & STEINER LLP

        By: *s/ Barry G. Felder*
           Barry G. Felder
           Catherine M. McGrath
        875 Third Avenue
        New York, New York 10022
        (212) 603-2000
        *Attorneys for Nominal Defendant Immunosyn Corporation*

NY #1255013 v1