IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of IMMUNOSYN CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>ARGYLL BIOTECHNOLOGIES, LLC, CUXHAVEN HOLDINGS LTD., CLAIRSVELLE HOLDINGS, LTD., ARGYLL EQUITIES, LLC, DOUGLAS MCCLAIN, JR., JAMES T. MICELI, JOHN DOES 1 THROUGH 30 and IMMUNOSYN CORPORATION,<br>                Defendants. | 07 CV 11395 (TPG)<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff LEON SEGEN.

    I certify that I am admitted to practice in this court.


Dated:  New York, New York
         April 3, 2008

                            OSTRAGER CHONG FLAHERTY
                              & BROITMAN P.C.


                            By:_____s/_____
                              Roberto L. Gomez (RLG-6474)

                            570 Lexington Avenue
                            New York, New York 10022-6894
                            Tel No. (212) 681-0600
                            Fax No. (212) 681-0300