IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LEON S. SEGEN, derivatively on behalf of
IMMUNOSYN CORPORATION,

    Plaintiff,

v.

ARGYLL BIOTECHNOLOGIES, LLC,
CUXHAVEN HOLDINGS LTD.,
CLAIRSVELLE HOLDINGS, LTD, ARGYLL
EQUITIES, LLC, DOUGLAS MCCLAIN, JR.,
JAMES T. MICELI, JOHN DOES 1
THROUGH 30 and IMMUNOSYN
CORPORATION,

    Defendants.

Civil Action No. 07-11395 (TPG)

STIPULATION FOR
EXTENSION OF TIME

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action that plaintiff's time to serve its opposition to Defendants Cuxhaven Holdings, Ltd., Clairsvelle Holdings, Ltd., Douglas McClain, Jr. and James T. Miceli ("Cuxhaven Defendants") motion for partial dismissal of plaintiff's Complaint is hereby extended up to and including April 29, 2008 and further, that the Cuxhaven Defendants' time to serve their reply to plaintiff's opposition is hereby extended up to and including May 20, 2008.

Dated: April 15, 2008
    New York, New York

BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York 10022
(212) 308-5858

| | |
|---|---|
| OSTRAGER CHONG FLAHERTY & BROITMAN P.C. | THELEN REID BROWN RAYSMAN & STEINER LLP |
| By: /s/ Glenn F. Ostrager | By: /s/ Barry G. Felder  Catherine McGrath  Rachel Kramer |
| 570 Lexington Avenue  New York, New York 10022-6894 | 875 Third Avenue  New York, New York 10022 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED:

Dated: New York, New York
       April 16, 2008

/s/ Thomas P. Griesa
Thomas P. Griesa
United States District Judge

-2-