## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON S. SEGEN, derivatively on behalf of IMMUNOSYN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARGYLL BIOTECHNOLOGIES, LLC, CUXHAVEN HOLDINGS LTD., CLAIRSVELLE HOLDINGS, LTD, ARGYLL EQUITIES, LLC, DOUGLAS MCCLAIN, JR., JAMES T. MICELI, JOHN DOES 1 THROUGH 30 and IMMUNOSYN CORPORATION,<br><br>Defendants. | Civil Action No. 07-11395 (TPG)<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/18/08 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action that plaintiff's time to serve its opposition to Defendants Cuxhaven Holdings, Ltd., Clairsvelle Holdings, Ltd., Douglas McClain, Jr. and James T. Miceli ("Cuxhaven Defendants") motion for partial dismissal of plaintiff's Complaint is hereby extended up to and including April 29, 2008 and further, that the Cuxhaven Defendants' time to serve their reply to plaintiff's opposition is hereby extended up to and including May 20, 2008.

Dated: April 15, 2008
       New York, New York

BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York 10022
(212) 308-5858

| | |
|---|---|
| OSTRAGER CHONG FLAHERTY<br>& BROITMAN P.C.<br><br>By: /s/ Glenn F. Ostrager<br>Glenn F. Ostrager<br><br>570 Lexington Avenue<br>New York, New York 10022-6894<br><br>Attorneys for Plaintiff | THELEN REID BROWN RAYSMAN<br>& STEINER LLP<br><br>By: /s/<br>Barry G. Felder<br>Catherine McGrath<br>Rachel Kramer<br>875 Third Avenue<br>New York, New York 10022<br><br>Attorneys for Defendants |

SO ORDERED:

Dated: New York, New York
       April 18, 2008

/s/ Thomas P. Griesa
Thomas P. Griesa
United States District Judge

-2-